IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CIVIL ACTION FILE NO. 7:13-cv-276-D

| | |
|---|---|
| KATHERYN B. MANNING, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| EDWIN R. ADDISON, | ) |
| | ) |
| Defendant | ) |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION FILE NO. 5:13-cv-00661-D

| | |
|---|---|
| EDWIN R. ADDISON, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| KATHERYN B. MANNING, | ) |
| | ) |
| Defendant | ) |

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Edwin R. Addison's

Motion to Consolidate is GRANTED. These actions are consolidated with the lead case being

Civil Action File No.: 5:13-cv-00661-D.

SO ORDERED. This 6 day of March 2014.

JAMES C. DEVER III
Chief United States District Judge