IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION FILE NO. 5:13-cv-00661-D

| | |
|---|---|
| EDWIN R. ADDISON, | ) |
| Plaintiff | ) |
| v. | ) ORDER |
| KATHERYN B. MANNING, | ) |
| Defendant | ) |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the parties Joint Consent Motion to Stay Proceeding is GRANTED. This proceeding is stayed pending the decision on dischargeability by the Bankruptcy Court.

SO ORDERED. This **4** day of July 2014.

JAMES C DEVER III
Chief United States District Judge