UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| EDWIN R. ADDISON, | ) |
|         Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| | ) No. 5:13-CV-661-D |
| KATHERYN B. MANNING | ) |
|         Defendant. | ) |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** the court ENTERS judgment against Edwin R. Addison on his one federal claim, DECLINES to exercise jurisdiction over his remaining state-law claims, and REMANDS the action to New Hanover County Superior Court.

**This Judgment Filed and Entered on September 4, 2015, and Copies To:**

| | |
|---|---|
| William Howard Kroll | (via CM/ECF electronic notification) |
| James W. Lea, III | (via CM/ECF electronic notification) |
| James W. Zisa | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE | **JULIE RICHARDS JOHNSTON, CLERK** |
| September 4, 2015 | By: /s/ Crystal Jenkins |
| | Deputy Clerk |